UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shari Machesney,

       Plaintiff(s),

v.              Case No. 2:13−cv−11804−MOB−MKM
                Hon. Marianne O. Battani

Ramsgate Insurance, Inc.,

       Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 272.  The following motion(s) are scheduled for hearing:

  Motion for Order − #11

- MOTION HEARING:  July 25, 2013 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/C. Motowski
              Acting in the absence of Bernadette Thebolt

Dated:   July 9, 2013