# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHARI MACHESNEY, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAMSGATE INSURANCE, INC.,<br>　　　　　　Defendant. | No. 13-CV-11804<br><br>Judge Marianne O. Battani<br><br>Mag. Judge Mona K. Majzoub |

Jason J. Thompson
SOMMERS SCHWARTZ
Attorney for Plaintiff
One Towne Square, Suite 1700
Southfield, MI 48076
Phone: (248) 355-0300
Email: jthompson@sommerspc.com

Phillip A. Bock
BOCK & HATCH, LLC
Attorney for Plaintiff
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500
Facsimile: (312) 658-5555
Email: phil@bockhatchllc.com

Molly A. Arranz
SMITH AMUNDSEN, LLC
Attorney for Defendant
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3200
Facsimile: (312) 894-3210
Email: marranz@salawus.com

**STIPULATED ORDER GRANTING PLAINTIFF LEAVE TO WITHDRAW
AMENDED MOTION FOR CLASS CERTIFICATION (Doc. 7)
<u>WITHOUT PREJUDICE TO RE-FILING AT A LATER DATE</u>**

　　**IT IS HEREBY ORDERED THAT** Plaintiff is granted leave to withdraw her Amended Motion for Class Certification (Doc. 7), without prejudice and with leave to file a motion for class certification in accordance with a schedule to be established by this Court.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　s/Marianne O. Battani
　　　　　　　　　　　　　　　　　　　　Honorable Marianne O. Battani
　　　　　　　　　　　　　　　　　　　　U.S. District Court for the
　　　　　　　　　　　　　　　　　　　　Eastern District of Michigan

　　Dated: <u>July 17, 2013</u>

   Pursuant to Local Rule 7.1 (a) (1), Plaintiff's counsel conferred with Defendant's counsel and obtained concurrence on the relief requested. The parties understand that Plaintiff filed the Amended Motion for Class Certification (Doc. 7) with the Amended Class Action Complaint (Doc. 6) to avoid the potential for a dispute with Defendant regarding a potential Rule 68 tender offer to Plaintiff, or attempt to "moot" Plaintiff's individual claims, before class certification is decided. Defendant has acknowledged that Plaintiff filed this case as a putative class action and, while Defendant does not agree that a class should be certified, Defendant has agreed that it will not attempt to moot Plaintiff's claims with an individual offer before class certification is decided. Therefore, Plaintiff has agreed to withdraw the motion (Doc. 7) at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ Molly A. Arranz | /s/ Phillip A. Bock |
| Molly A. Arranz | Phillip A. Bock |
| SMITHAMUNDSEN, LLC | BOCK & HATCH, LLC |
| Attorney for Defendant | Attorney for Plaintiff |
| 150 N. Michigan Avenue, Suite 3300 | 134 N. LaSalle Street, Suite 1000 |
| Chicago, Illinois 60601 | Chicago, IL 60602 |
| Phone: (312) 894-3200 | Phone: (312) 658-5500 |
| Facsimile: (312) 894-3210 | Facsimile: (312) 658-5555 |
| Email: marranz@salawus.com | Email: phil@bockhatchllc.com |
| | |
| | Jason J. Thompson |
| | SOMMERS SCHWARTZ |
| | Attorney for Plaintiff |
| | One Towne Square, Suite 1700 |
| | Southfield, MI 48076 |
| | Phone: (248) 355-0300 |
| | Email: jthompson@sommerspc.com |